IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| HELEN GUNDRAN,<br><br>Filer,<br><br>v.<br><br>ZALDY UGALINO, *et al.*,<br><br>Named Non-Filers. | Case No. 25-mc-00111-DKW-KJM<br><br>**ORDER TO SHOW CAUSE** |

On April Fools Day (April 1, 2025), Helen Gundran (Gundran), purportedly as the trustee of a Family Trust, filed a self-described "Mechanic's Lien" and paid to the Court a $52 filing fee, which is the amount necessary to initiate a "miscellaneous" proceeding. Dkt. Nos. 1-2.

The "Mechanic's Lien" states that it "effect[s]" a property located at 3274 Akala Drive, Kihei, Hawaii ("the Kihei address") and is in the amount of "$1,775,757.00", which appears to be the alleged amount of "costs and labor to construct the buildings" on the Kihei address—costs and labor Gundran alleges she expended and have not been recouped. Dkt. No. 1 at 1-5. Nothing else has been filed.

In this light, while there are numerous deficiencies with the "Mechanic's Lien", among other things, noticeably missing is a jurisdictional basis for the Court

to hear any matter related to the "Mechanic's Lien" or even to act as a repository for Gundran's documentation, as appears to have occurred. Therefore, **Gundran is ORDERED TO SHOW CAUSE why this matter should not be dismissed for lack of subject matter jurisdiction.** Put simply, this Court may only hear matters over which it has subject matter jurisdiction. *See Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006) (explaining that subject matter jurisdiction "involves a court's power to hear a case" and a court has an independent obligation to determine whether such jurisdiction exists) (quotation and citation omitted).

**Gundran may have until April 18, 2025 to file a response to this Order to Show Cause. Should Gundran fail to file a timely response, this matter will be dismissed for lack of subject matter jurisdiction.**

The Clerk is instructed to mail this Order to Show Cause to the Kihei address.[1]

IT IS SO ORDERED.

Dated: April 4, 2025 at Honolulu, Hawai'i.

Derrick K. Watson
Chief United States District Judge

---

[1] This is because the Kihei address is the only one provided on the documentation Gundran has deposited with the Court. Therefore, if the Kihei address is not Gundran's address, which the Court recognizes may be the case, Gundran only has herself to blame for not receiving this Order to Show Cause and failing to provide her actual mailing address or any other contact information. *See* Local Rule 10.2(b) (requiring all documents for filing to contain, among other things, the address of the filer).

2